IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHARLES A. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24CV1076 |
| | ) | |
| U.S. MARSHALS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on December 31, 2024, was served on the parties in this action. (ECF Nos. 2, 3). On January 21, 2025, Plaintiff filed Objections to the Magistrate Judge's Recommendation, entitled "Reply to Magistrate Judge's Order and Recommendation." (ECF No. 4.)

The Court has reviewed Plaintiff's Objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action be filed and **DISMISSED** *sua sponte* without prejudice to Plaintiff filing a new complaint on the proper forms, which corrects the defects cited in the Recommendation.

A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 6th day of February 2025.

/s/ Loretta C. Biggs
United States District Judge